UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| RONALD BUSBY, on behalf of himself and all others similarly situated, | ) ) ) | CIVIL ACTION NO.: 14-3366 |
| Plaintiff, | ) ) ) | JUDGE JOHN W. DEGRAVELLES |
| vs. | ) ) ) | MAGISTRATE JUDGE CAROL B. WHITEHURST |
| DAUTERIVE CONTRACTORS, INC. | ) ) | |
| Defendant. | ) ) | |

**JOINT MOTION TO DISMISS WITH PREJUDICE**

NOW IN TO COURT, through undersigned counsel, come Plaintiffs and Defendant who respectfully submit this Joint Motion to Dismiss this matter with prejudice.  The parties have reached an amicable resolution to their differences and have agreed to settle this matter. Accordingly, the parties ask that the Court dismiss all claims in this matter, with prejudice, each side to bear costs in accordance with the terms of the settlement agreement.

Respectfully submitted,

*/s/ Mary Bubbett Jackson*

Jody Forester Jackson, (La. Bar No. 28938)
Mary Bubbett Jackson, (La. Bar No. 29110)
**JACKSON+JACKSON**
201 St. Charles Avenue, Suite 2500
New Orleans, Louisiana 70170
T: (504) 599-5953
F:  (888) 988-6499
E: jjackson@jackson-law.net
    mjackson@jackson-law.net

*Attorneys for Plaintiffs*

*Tonya R. Smith*
Tonya R. Smith (La. Bar. No. 30065)
Smith & Boudreaux, LLC
200 Travis St., Suite 103
Lafayette, LA 70503
337-504-7765 telephone
337-852-8101 mobile
337-504-7868 facsimile
tonya@smithboudreaux.com

*Attorneys for Defendants*

**CERTIFICIATE OF SERVICE**

I hereby certify that a copy of the foregoing was served upon all counsel of record

via this Court's CM/ECF filing system this 14th day of December, 2018.

*/s/ Mary Bubbett Jackson*